UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LLOYD BROWN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-443 AS |
| ) | |
| OATESS ARCHEY, ) | |
| ) | |
| Respondent. ) | |

MEMORANDUM AND ORDER

Petitioner Lloyd Brown submitted a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254.  However, the petition must be dismissed because Mr. Brown has not exhausted his state court remedies.  In his petition, Mr. Brown indicates that he filed a state court motion to appeal, and that he did not appeal the denial of that motion. 28 U.S.C. 2254(b)(1)(A) forbids a federal court from excusing the exhaustion requirement unless the state's corrective process is incapable of protecting the rights of the applicant.

For all of the reasons stated this petition is **DISMISSED** without prejudice for failure to exhaust state court remedies. Mr. Brown's motion for leave to proceed in forma pauperis is **DENIED**.

SO ORDERED.
ENTERED: **July 29, 2005**

                                      **S/ ALLEN SHARP**
                                      ALLEN SHARP, JUDGE
                                      UNITED STATES DISTRICT COURT